UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BITVESTMENT PARTNERS, LLC,

                      Plaintiff,                      13-civ-7632

       -against-                              NOTICE OF
                                                    APPEARANCE
COINLAB, INC, CLI HOLDINGS, INC., ALYDIAN
INC., PETER VESSENES and JOHN DOE,

                      Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the undersigned, Nesenoff & Miltenberg, LLP, hereby appears on behalf of Defendants CoinLab, Inc., CLI Holdings, Inc., Alydian, Inc. and Peter Vessenes in the within action, and that we demand that you serve all papers upon us, and contact us with all information regarding the within action, at the address and telephone number set forth below.

Dated:   New York, New York
             October 30, 2013

                                                NESENOFF & MILTENBERG, LLP
                                                **Attorneys for Defendants CoinLab,**
                                                **Inc., CLI Holdings, Inc., Alydian, Inc.**
                                                **and Peter Vessenes.**

                                                By: _____
                                                  Andrew T. Miltenberg (AM 7006)
                                                  Marco A. Santori, Esq. (MS 7422)
                                                  363 Seventh Avenue, Fifth Floor
                                                  New York, New York 10001
                                                  (212) 736-4500