UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
BITVESTMENT PARTNERS LLC,

                       Plaintiff,

   -against-

COINLAB, INC., CLI HOLDINGS, INC.,
ALYDIAN INC. PETER VESSENES and JOHN
DOE,

                       Defendants.
------------------------------------- X

13 Civ. 7632 (RWS)

ECF Case

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned has been retained as attorneys for Plaintiff Bitvestment Partners LLC, and hereby demands that a copy of all papers and notices in this action, whether written or oral and whether filed or transmitted by mail, fax, email, hand delivery, telephone or otherwise be served upon the undersigned at the address and telephone number stated below.

Dated: New York, New York
        October 30, 2013

                                      REYHANI NEMIROVSKY LLP

                                      By: _____

                                      Bryan Reyhani, Esq. (BR-9147)
                                      Danielle Kiwak (DK-1212)
                                      200 Park Ave., 17th FL
                                      New York, NY 10166
                                      (212) 897-4022
                                      (212) 897-4031 (fax)
                                      danielle@rnlawfirm.com

                                      *Attorneys for Plaintiff*
                                      *Bitvestment Partners LLC*

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

DANIELLE KIWAK, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am affiliated with the Reyhani Nemirovsky LLP firm.

2. On October 30, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

   msantori@nmllplaw.com

   AMiltenberg@nmllplaw.com

DANIELLE KIWAK