B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF WASHINGTON | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>CLI Holdings, Inc. dba Alydian, Inc., a Corporation | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>900 Winslow Way East<br>Suite 100<br>Bainbridge Island, WA             ZIPCODE 98110 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business:   Kitsap | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  SAME | ZIPCODE |

**Type of Debtor** (Form of organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other  Bitcoin Mining

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                             THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)                                                                                                                FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>CLI Holdings, Inc. dba Alydian, Inc., a Corporation |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>X _____<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (12/11) | FORM B1, Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>CLI Holdings, Inc. dba Alydian, Inc., a Corporation |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br>_____<br>Telephone Number (if not represented by attorney)<br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br>X _____<br>(Signature of Foreign Representative)<br>_____<br>(Printed name of Foreign Representative)<br>_____<br>(Date) |
| **Signature of Attorney***<br>X /s/Deirdre Glynn Levin<br>Signature of Attorney for Debtor(s)<br>Deirdre Glynn Levin 24226<br>Printed Name of Attorney for Debtor(s)<br>Keller Rohrback LLP<br>Firm Name<br>1201 Third Avenue #3200<br>Address<br>Seattle, WA 98101<br>(206) 623-1900<br>Telephone Number<br>11/1/2013<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br>_____<br>Address<br>X _____<br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X /s/Peter J. Vessenes<br>Signature of Authorized Individual<br>Peter J. Vessenes<br>Printed Name of Authorized Individual<br>Authorized Agent, Director<br>Title of Authorized Individual<br>11/1/2013<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# WESTERN DIVISION

In re  CLI Holdings, Inc. dba Alydian, Inc.
       a   Corporation

Case No.
Chapter 11

_____,
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>XRay Holdings LLC<br>188 Quay Street, Level 27<br>Auckland CBD New Zealand<br>1010 | Phone:<br>XRay Holdings LLC<br>188 Quay Streetm Level 27<br>Auckland CBD New Zealand<br>1010 | | | $ 3,000,000.00 |
| 2<br>Coinlab, Inc.<br>900 Winslow Way East<br>Suite 100<br>Bainbridge Islan WA  98110 | Phone:<br>Coinlab, Inc.<br>900 Winslow Way East<br>Suite 100<br>Bainbridge Islan WA  98110 | | | $ 600,000.00 |
| 3<br>Timothy C. Draper LT<br>2882 Sandhill Park<br>Menlo Park CA 94025 | Phone:<br>Timothy C. Draper LT<br>2882 Sandhill Park<br>Menlo Park CA 94025 | | | $ 250,000.00 |
| 4<br>BTC Holdings LLC<br>3350 Scott Blvd. Suite 32<br>Santa Clara CA 95054 | Phone:<br>BTC Holdings LLC<br>3350 Scott Blvd. Suite 32<br>Santa Clara CA 95054 | | | $ 100,000.00 |
| 5<br>Bitcoin Opportunity Fund LLC<br>5 East 22 Street, PH4<br>New York NY 10010 | Phone:<br>Bitcoin Opportunity Fund LLC<br>5 East 22 Street, PH4<br>New York NY 10010 | | | $ 75,000.00 |

Page  1

B4 (Official Form 4) (12/07)

_____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Peter Vessenes<br>7561 Emerald Way<br>Bainbridge Islan WA 98110 | Phone:<br>Peter Vessenes<br>7561 Emerald Way<br>Bainbridge Islan WA 98110 | | | $ 40,000.00 |
| 7<br>Soule Investments<br>5220 S Kimbark Avenue, Apt. 1<br>Chicago IL 60615 | Phone:<br>Soule Investments<br>5220 S Kimbark Avenue, Apt. 1<br>Chicago IL 60615 | | | $ 30,000.00 |
| 8<br>Joel Yarmon<br>2882  Sandhill Park<br>Menlo Park CA 94025 | Phone:<br>Joel Yarmon<br>2882  Sandhill Park<br>Menlo Park CA 94025 | | | $ 6,000.00 |
| 9<br>Christopher Koss<br>3614 Hunts Point Road<br>Bellevue WA 98004 | Phone:<br>Christopher Koss<br>3614 Hunts Point Road<br>Bellevue WA 98004 | | | $ 5,000.00 |
| 10<br>Robert F. Seidensticker III<br>909 Fifth Avenue, Suite 1901<br>Seattle WA 98104 | Phone:<br>Robert F. Seidensticker III<br>909 Fifth Avenue, Suite 1901<br>Seattle WA 98104 | | | $ 3,000.00 |
| 11<br>Securities & Exchange Commission<br>Attn:  Bankruptcy Counsel<br>Los Angeles CA 90006 | Phone:<br>Securities & Exchange Commission<br>Attn:  Bankruptcy Counsel<br>Los Angeles CA 90006 | NOTICE ONLY | | $ 0.00 |
| 12<br>Department of Revenue<br>Bankruptcy Claims Unit<br>2101 Fourth Avenue, Suite<br>Seattle WA  98121 | Phone:<br>Department of Revenue<br>Bankruptcy Claims Unit<br>2101 Fourth Avenue, Suite<br>Seattle WA  98121 | NOTICE ONLY | | $ 0.00 |

B4 (Official Form 4) (12/07)

_____,
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Internal Revenue Service<br>Centralized Insolvency<br>PO Box 21126<br>Philadelphia PA   19114 | Phone:<br>Internal Revenue Service<br>Centralized Insolvency<br>PO Box 21126<br>Philadelphia PA   19114 | NOTICE ONLY | | $ 0.00 |
| 14<br>Bitvestment Partners LLC<br>c/o Reyhani Nemirovsky LLP<br>200 Park Ave. 17th Floor<br>New York NY  10116 | Phone:<br>Bitvestment Partners LLC<br>c/o Reyhani Nemirovsky LLP<br>200 Park Ave. 17th Floor<br>New York NY  10116 | | D | $ 0.00 |
| 15<br>Dalsa Barbour LLC<br>315 West 36th Street, Apt. 18B<br>New York NY 10018 | Phone:<br>Dalsa Barbour LLC<br>315 West 36th Street, Apt. 18B<br>New York NY 10018 | | D | $ 0.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Peter J. Vessenes_____, _Authorized Agent_ of the _Corporation_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: _11/1/2013_         Signature _/s/Peter J. Vessenes_____
                          Name: Peter J. Vessenes
                          Title: Authorized Agent, Director

Page 3

Rule 2016(b) (8/91)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# WESTERN DIVISION

In re  CLI Holdings, Inc. dba Alydian, Inc., a Corporation

Case No.
Chapter 11

_____ / Debtor

Attorney for Debtor:  Deirdre Glynn Levin

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____hourly_____
    b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ _____10,000.00_____
    c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____0.00_____

3. $ ___1,213.00___ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: 11/ 1/2013              Respectfully submitted,

x _/s/Deirdre Glynn Levin_____
Attorney for Petitioner: Deirdre Glynn Levin
                        Keller Rohrback LLP
                        1201 Third Avenue #3200
                        Seattle WA   98101

                        (206) 623-1900

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# WESTERN DIVISION

In re *CLI Holdings, Inc. dba Alydian, Inc.,*
    *a Corporation*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Deirdre Glynn Levin*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *11/01/2013*

/s/*Peter J. Vessenes*
Debtor, *Authorized Agent, Director*

Bitcoin Opportunity Fund LLC
5 East 22 Street, PH4
New York, NY   10010

Bitvestment Partners LLC
c/o Reyhani Nemirovsky LLP
200 Park Ave. 17th Floor
New York, NY   10116

BTC Holdings LLC
3350 Scott Blvd. Suite 32
Santa Clara, CA   95054

Christopher Koss
3614 Hunts Point Road
Bellevue, WA   98004

Coinlab, Inc.
900 Winslow Way East
Suite 100
Bainbridge Islan, WA   98110

Dalsa Barbour LLC
315 West 36th Street, Apt. 18B
New York, NY   10018

Department of Revenue
Bankruptcy Claims Unit
2101 Fourth Avenue, Suite 1400
Seattle, WA   98121

Internal Revenue Service
Centeralized Insolvency
PO Box 21126
Philadelphia, PA   19114

Joel Yarmon
2882   Sandhill Park
Menlo Park, CA   94025

```
Peter Vessenes
7561 Emerald Way
Bainbridge Islan, WA   98110


Robert F. Seidensticker III
909 Fifth Avenue, Suite 1901
Seattle, WA   98104


Securities & Exchange Commissi
Attn:  Bankruptcy Counsel
5670 Wilshire Blvd. 11th Fl.
Los Angeles, CA   90006


Soule Investments
5220 S Kimbark Avenue, Apt. 1
Chicago, IL   60615


Timothy C. Draper LT
2882 Sandhill Park
Menlo Park, CA   94025


XRay Holdings LLC
188 Quay Street, Level 27
Auckland CBD, New Zealand   101


XRay Holdings LLC
188 Quay Streetm Level 27
Auckland CBD, New Zealand   101
```