UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

BITVESTMENT PARTNERS LLC,

                Plaintiff,

                                       13 Civ. 7632 (RWS)

   - against -

                                       TEMPORARY
                                       RESTRAINING
                                       ORDER

COINLBA, INC., CLI HOLDINGS, INC.,
ALYDIAN, INC., PETER VESSENES and
JOHN DOE,

                Defendants.

------------------------------------X

        The Plaintiff filed an Order to Show Cause on October 29, 2013 seeking various restraints against Defendants pursuant to Rule 65 of the Federal Rules of Civil Procedure, which was granted, setting down the hearing on November 20, 2013 for a preliminary injunction. The parties sought and failed to reach agreement on temporary relief and the Plaintiff's application for temporary restraint based on the initial application was heard and supplemented on November 5, 2013.

Recognizing that the Defendants CLI Holdings d/b/a Alydian Inc. filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court in the Western District of Washington State, staying this action against them pursuant to 11 U.S.C. § 362 pending further proceedings in Bankruptcy Court, upon all of the prior proceedings it is hereby ORDERED as follows:

1. Defendant CoinLab shall utilize best efforts to begin to mine and deliver bitcoins to Bitvestment pursuant to the terms of the Amended and Restated Bitcoin Services Agreement dated August 14, 2013 ("Amended Agreement");

2. Plaintiff shall receive and shall be placed first in line to receive any and all Bitcoins mined by defendant CoinLab other than those utilized by defendant CoinLab for business operating expenses and capital expenditures incurred in the ordinary course of business;

3. Defendant CoinLab is prohibited from transferring bitcoins between and/or among itself and any and all affiliates, Directors, Officers, Members of the Board of Directors and employees, other than for business operating expenses and capital expenditures incurred in the ordinary course of business;

4. The Plaintiff will post a bond in the amount of $25,000 by 5 P.M. November 6, 2013.

**New York, NY**

**November 5, 2013**
2:40 PM

ROBERT W. SWEET
U.S.D.J.