UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BITVESTMENT PARTNERS LLC,<br><br>             Plaintiffs,<br><br>     v.<br><br>COINLAB, INC., CLI HOLDINGS, INC., ALYDIAN INC., PETER VESSENES and JOHN DOE,<br><br>             Defendants. | 13 CV 7632 (RWS)<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Roger M. Townsend, hereby move this Court for an Order for admission to practice Pro Hac vice to appear as counsel for Defendants, CoinLab, Inc. and Peter Vessenes in the above-captioned action.

I am in good standing of the bar of the state of Washington and there are no pending disciplinary proceedings against me in any state or federal court.

DATED:  November 8, 2013       Respectfully Submitted,

s/ Roger M. Townsend
Applicant Signature
Applicant's Name: Roger M. Townsend
Firm Name: Breskin Johnson & Townsend PLLC
Address: 1111 Third Avenue, Suite 2230
City / State / Zip: Seattle, WA 98101
Telephone / Fax: 206-652-8660 / 206-652-8290
E-Mail: rtownsend@bjtlegal.com