UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| BITVESTMENT PARTNERS LLC,<br><br>            Plaintiffs,<br><br>     v.<br><br>COINLAB, INC., CLI HOLDINGS, INC., ALYDIAN INC., PETER VESSENES and JOHN DOE,<br><br>            Defendants. | 13 CV 7632 (RWS)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion Roger M. Townsend, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Washington; and that his contact information is as follows:

Applicant's Name: <u>Roger M. Townsend</u>

Firm Name: <u>Breskin Johnson & Townsend PLLC</u>

Address: <u>1111 Third Avenue, Suite 2230</u>

City / State / Zip: <u>Seattle, WA 98101</u>

Telephone / Fax: <u>206-652-8660 / 206-652-8290</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants CoinLab, Inc. and Peter Vessenes in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, included the Rules governing discipline of attorneys.

DATED: _____        _____
                                                                                  United States District / Magistrate Judge