UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BITVESTMENT PARTNERS LLC,<br><br>                Plaintiffs,<br><br>     v.<br><br>COINLAB, INC., CLI HOLDINGS, INC., ALYDIAN INC., PETER VESSENES and JOHN DOE,<br><br>                Defendants. | 13 CV 7632 (RWS)<br><br>**CORRECTED MOTION FOR ADMISSION PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Roger M. Townsend, hereby move this Court for an Order for admission to practice Pro Hac vice to appear as counsel for Defendants, CoinLab, Inc. and Peter Vessenes in the above-captioned action.

      I am in good standing of the bar of the state of Washington and there are no pending disciplinary proceedings against me in any state or federal court.

DATED:  November 14, 2013          Respectfully Submitted,

                                s/ Roger M. Townsend

                                Applicant Signature

                                Applicant's Name: Roger M. Townsend

                                Firm Name: Breskin Johnson & Townsend PLLC

                                Address: 1111 Third Avenue, Suite 2230

                                City / State / Zip: Seattle, WA 98101

                                Telephone / Fax: 206-652-8660 / 206-652-8290

                                E-Mail: rtownsend@bjtlegal.com