UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BITVESTMENT PARTNERS, LLC,

                        Plaintiff,                        13-civ-7632

       -against-                          NOTICE OF
                                                        **CROSS-MOTION**

COINLAB, INC, CLI HOLDINGS, INC., ALYDIAN
INC., PETER VESSENES and JOHN DOE,

                        Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon: (a) the Declaration of Hans Olsen; (b) the Declaration of Peter Vessenes; and (c) Defendants' Memorandum of Law In Response to Plaintiff's Motion for Preliminary Injunction and (h) all prior proceedings had herein, Defendants Coinlab, Inc., CLI Holdings, Inc., Alydian, Inc., and Peter Vessenes, through their counsel, will cross-move this Honorable Court, on November 20, 2013, at the United States Courthouse, 500 Pearl Street, Room 186, New York, New York 10007, pursuant to the Federal Rules of Civil Procedure, for an Order to stay the proceedings and granting such further and other relief as the Court deems just and proper.

Dated:   New York, New York
            November 14, 2013

                                                     NESENOFF & MILTENBERG, LLP
                                                     Attorneys for Defendants CoinLab,
                                                     Inc., CLI Holdings, Inc., Alydian, Inc.
                                                     and Peter Vessenes.
                                                     By: _____/s/_____
                                                           Andrew T. Miltenberg (AM 7006)
                                                          Marco A. Santori, Esq. (MS 7422)
                                                          363 Seventh Avenue, Fifth Floor
                                                           New York, New York 10001
                                                           (212) 736-4500