AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| BITVESTMENT PARTNERS LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-7632 (RWS) |
| COINLAB, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CoinLab, Inc. and Peter Vessenes                                                                                               .

Date:    11/22/2013

s/ Roger M. Townsend
*Attorney's signature*

Roger M. Townsend, Admitted Pro Hac Vice
*Printed name and bar number*

Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101

*Address*

rtownsend@bjtlegal.com
*E-mail address*

(206) 652-8660
*Telephone number*

(206) 652-8290
*FAX number*