UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| BITVESTMENT PARTNERS LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>COINLAB, INC., CLI HOLDINGS, INC., ALYDIAN INC., PETER VESSENES and JOHN DOE,<br><br>    Defendants. | 13 CV 7632 (RWS)<br><br>**JURY DEMAND** |

TO: Clerk of the Court

TO: All Counsel of Record

  PLEASE TAKE NOTICE that Defendants CoinLab, Inc. and Peter Vessenes, herby demand a trial by a jury of twelve in this action.

DATED: Seattle, WA
     November 27, 2013

            Respectfully submitted,

            BRESKIN JOHNSON & TOWNSEND PLLC

            By: <u>s/ Roger M. Townsend</u>
              Roger M. Townsend, Admitted Pro Hac Vice
              1111 Third Avenue, Suite 2230
              Seattle, WA 98101
              (206) 652-8660
              rtownsend@bjtlegal.com

            *Attorneys for Defendants CoinLab, Inc. and Peter Vessenes*