UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X

BITVESTMENT PARTNERS LLC,

                Plaintiff,

      -against-                     13 CV 7632 (RWS)

COINLAB, INC., CLI HOLDINGS, INC., ALYDIAN,
INC., PETER VESSENES and JOHN DOE,      **STIPULATION**

                Defendants.

---------------------------------- X

WHEREAS, on November 20 and 21, 2013, the Court heard live testimony and argument regarding Plaintiff's Motion for a Preliminary Injunction.

WHEREAS, the Court ordered the parties to return for final argument on January 16, 2014 at 10:00 am, on Plaintiff's Motion for Preliminary Injunction.

WHEREAS, on November 21, 2013, the Court entered an order Temporary Restraining Order providing that CoinLab, Inc. shall hold and retain not less than 7,984.006735 Bitcoins.

WHEREAS, the parties hereto have agreed to a schedule concerning the submission of supplemental papers to the Court in connection with Plaintiff's Motion for a Preliminary Injunction,

NOW, THEREFORE, the parties stipulate to the following:

1. Plaintiff and Defendants CoinLab, Inc. and Peter Vessenes shall file Proposed Findings of Fact and Conclusions of Law in connection with the Preliminary Injunction final argument scheduled for January 16, 2014, and any accompanying

brief to be no greater than 12 pages in length, shall be filed via ECF by not later than 5pm on January 9, 2014; and

2. CoinLab, Inc. shall continue to hold and retain 7,984.006735 Bitcoins in accordance with the November 21, 2013 Temporary Restraining Order until such time as the Court makes a determination regarding Plaintiff's Motion for a Preliminary Injunction.

Dated: New York, New York
December 3, 2013

| Reyhani Nemirovsky LLP | Breskin Johnson Townsend PLLC |
|---|---|
| /s/ Bryan I. Reyhani<br>By: Bryan I. Reyhani<br>200 Park Avenue, 17th Floor<br>New York, New York 10166<br>Ph.: (212) 897-4030<br>Fax: (212) 897-4031<br>bryan@rnlawfirm.com<br>Attorneys for Plaintiff | /s/ Roger M. Townsend<br>By: Roger M. Townsend<br>1111 Third Avenue, Ste. 2230<br>Seattle, Washington 98101<br>Ph.: (206) 652-8660<br>Fax: (206) 652-8290<br>rtownsend@bjtlegal.com<br>Attorneys for Defendants CoinLab, Inc. and Peter Vessenes<br>Pro Hac Vice |

SO ORDERED:

*[signature]*
12·3·13