UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BITVESTMENT PARTNERS LLC, | 13 CV 7632 (RWS) |
| Plaintiffs, | ORDER FOR ADMISSION PRO HAC VICE |
| v. | |
| COINLAB, INC., CLI HOLDINGS, INC., ALYDIAN INC., PETER VESSENES and JOHN DOE, | |
| Defendants. | |

The motion Roger M. Townsend, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Washington; and that his contact information is as follows:

Applicant's Name: Roger M. Townsend

Firm Name: Breskin Johnson & Townsend PLLC

Address: 1111 Third Avenue, Suite 2230

City / State / Zip: Seattle, WA 98101

Telephone / Fax: 206-652-8660 / 206-652-8290

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants CoinLab, Inc. and Peter Vessenes in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, included the Rules governing discipline of attorneys.

DATED: 12·4·13

United States District / Magistrate Judge



RECEIVED 2013 JUDGE SWEET CHAMBERS