UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

                             Plaintiff,            Case No.

-against-

                         Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Danielle Kiwak**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DK1212    My State Bar Number is NA

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Loeb & Loeb LLP
                 FIRM ADDRESS: 345 Park Avenue | New York, NY 10154
                 FIRM TELEPHONE NUMBER: 212.407.4000
                 FIRM FAX NUMBER: 212.407.4990

NEW FIRM:    FIRM NAME: Reyhani Nemirovsky LLP
                 FIRM ADDRESS: 200 Park Ave., 17th FL | New York, NY 10166
                 FIRM TELEPHONE NUMBER: (212) 897-4030
                 FIRM FAX NUMBER: (212) 897-4031

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:

_____
ATTORNEY'S SIGNATURE