UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BITVESTMENT PARTNERS LLC,<br><br>                Plaintiffs,<br><br>     v.<br><br>COINLAB, INC., CLI HOLDINGS, INC., ALYDIAN INC., PETER VESSENES and JOHN DOE,<br><br>                Defendants. | 13 CV 7632 (RWS)<br><br>**NOTICE OF ADDRESS CHANGE** |

TO:    Clerk of the Court

TO:    All Counsel of Record

       PLEASE TAKE NOTICE effective December 16, 2013, Breskin Johnson & Townsend PLLC will relocate to 1000 Second Avenue, Suite 3670, Seattle, WA 98104. All other contact information will remain the same.

DATED:  Seattle, WA
             December 9, 2013

                                        Respectfully submitted,

                                        BRESKIN JOHNSON & TOWNSEND PLLC

                                        By: s/ Roger M. Townsend
                                            Roger M. Townsend, Admitted Pro Hac Vice
                                            1111 Third Avenue, Suite 2230
                                            Seattle, WA 98101
                                            (206) 652-8660
                                            rtownsend@bjtlegal.com

                                            *Attorneys for Defendants CoinLab, Inc. and Peter Vessenes*