UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BITVESTMENT PARTNERS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> COINLAB, INC., CLI HOLDINGS, INC., § <br> ALYDIAN INC., PETER VESSENES and § <br> JOHN DOE, § <br> § <br> Defendants. § <br> ------------------------------------------------- § | 13-cv-7632(RSW) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Seth Ard on behalf of the Defendants CoinLab, Inc. and Peter Vessenes in the above-captioned matter.

Dated: New York, New York
       December 13, 2013

                                            SUSMAN GODFREY L.L.P.

                                            s/Seth Ard
                                            Seth Ard (SA1817)
                                            560 Lexington Avenue, 15th Floor
                                            New York, NY  10022
                                            Phone:  (212) 336-8330
                                            Fax:  (212) 336-8340
                                            sard@susmangodfrey.com

                                            *Attorney for Defendants CoinLab, Inc. and*
                                            *Peter Vessenes*

2981835v1/014071