UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BITVESTMENT PARTNERS LLC,

       Plaintiff,

  -against-

COINLAB, INC., CLI HOLDINGS, INC., ALYDIAN INC., PETER VESSENES, and JOHN DOE,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

13 Civ. 7632 (RWS)

**DECLARATION OF DANIEL H. GALLANCY IN SUPPORT OF PLAINTIFF'S PRELIMINARY INJUNCTION**

I, Daniel H. Gallancy, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare and certify as follows:

  1.  I am a private investor and investment analyst with an expertise in Bitcoin.

  2.  I make this declaration in further support of Plaintiff Bitvestment Partners LLC's ("Bitvestment") Motion for a Preliminary Injunction.

  3.  All Bitcoin transfers are stored in a publically available transaction database known as the bitcoin *blockchain*.  Users of the Bitcoin-Qt software store a copy of the *blockchain* and exchange updates about the *blockchain* amongst one another as new transactions occur and are added to the *blockchain*.  There are more than 100,000 copies of the *blockchain* (see http://getaddr.bitnodes.io/) stored on computers around the world.  Transactions in the *blockchain* are thus viewable by any party with Internet access, but the transferor and the recipient of the bitcoins are shown only by their address (*e.g.*, "12zZ" and similar).

4. As of Wednesday, January 08, 2014, a convenient way of viewing these transactions is to look at websites such as https://blockchain.info/ or http://blockexplorer.com/, both of which hold copies of the bitcoin *blockchain*.

5. As of November 1, 2013, the Defendant CoinLab, Inc. had approximately 15,101 bitcoins in its possession at bitcoin address 12zZM5LQeC4xdtRMNw7DdJVcCRBQQ8Vb1t (the "12zZ address"). Mr. Vessenes has previously represented that the 12zZ address was in fact CoinLab's. The value of those bitcoins as of January 8, 2013 would be approximately $12.2 million.

6. On December 13, 2013, all the bitcoins at the 12zZ address were transferred to several other addresses. Many of these transfers appear to form a long chain of transactions as shown in the attached Exhibit A. I personally assembled Exhibit A using several screenshots from the website https://blockchain.info/.

7. These transfers obfuscate CoinLab's Bitcoin holdings and appear unusual in nature. Exhibit A shows a sudden and inexplicable series of transfers involving more than a dozen addresses in one day. The transfers shown in Exhibit A represent only a portion of the transfers that occurred on December 13, 2013. The full scope of the transfers is actually greater than what is shown but would be cumbersome to present in an exhibit.

8. The transfers can be explored in greater detail by visiting the web address https://blockchain.info/address/12zZM5LQeC4xdtRMNw7DdJVcCRBQQ8Vb1t.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2014 at New York, New York.

*/s/ Daniel H. Gallancy*
Daniel H. Gallancy

Below: transfer of bitcoins from address 12zZM5LQeC4xdtRMNw7DdJVcCRBQQ8Vb1t occurring on 12/13/2013 and subsequent transfers occurring on that same date.
























## Bitcoin Address  *Addresses are identifiers which you use to send bitcoins to another person.*

| Summary | | Transactions | |
|---|---|---|---|
| Address | 1F9FHuxhwGhSH7LGwbBvq9CbFpnKQQi7TS | No. Transactions | 2 |
| Hash 160 | 9b2104c96de3d34f195ec83d2f586ae20a2278d2 | Total Received | 11.24763846 BTC |
| Tools | Taint Analysis - Related Tags - Unspent Outputs | Final Balance | 0 BTC |

Request Payment    Donation Button

### Transactions (Newest First)    Filter

7cc12399e32d9056bbd0d6466352fdb61c1395490fb4d3f3de008af3de4db8c3   (Fee: 0.0002 BTC - Size: 471 bytes) 2013-12-13 07:50:52

17gipbMagMsjXKZtfPuxv2TipwMEg7d4om (0.0227961 BTC - Output)
1F9FHuxhwGhSH7LGwbBvq9CbFpnKQQi7TS (11.24763846 BTC - Output)



1Bv1PBNQQoN6tVnTeHFuRyRPm6bQoLCLo2    0.004488 BTC
1Bsn1RcQ27tfWp1AX84M9fwQGFfeSAJzNk    11.24315046 BTC
1AEpGqruFs4rYQcRj425zc4ZbUppnkhkD9    0.0225961 BTC

−11.24763846 BTC

6e42d32c516da305482aaf071822d344fa8642cd417da472b3d664424952e0e9   (Fee: 0.0002 BTC - Size: 653 bytes) 2013-12-13 07:19:30

1GPhAxvD8RggNnQpHc3xU1AWGKRCaJcqZR (0.77482213 BTC - Output)
1EeL9oKX7SK6daWp7gXU29LUhAuvWR6j5b (13.47281633 BTC - Output)
1BJvU5jpAQGYJPHWFMBqxP6E2UpACZPUAK (0.02359581 BTC - Output)

12rHnjMH92Zpu5FWzYJ9cBeSYExzat59dT    3 BTC
1F9FHuxhwGhSH7LGwbBvq9CbFpnKQQi7TS    11.24763846 BTC
1EBKParMiip44tsBbB5r7Q4QDwrVkEJQMo    0.02339581 BTC

11.24763846 BTC

## Bitcoin Address  *Addresses are identifiers which you use to send bitcoins to another person.*

| Summary | | Transactions | |
|---|---|---|---|
| Address | 1Bsn1RcQ27tfWp1AX84M9fwQGFfeSAJzNk | No. Transactions | 2 |
| Hash 160 | 774ba04aded34bf60e4c067800cc720f7795cd20 | Total Received | 11.24315046 BTC |
| Tools | Taint Analysis - Related Tags - Unspent Outputs | Final Balance | 0.00 BTC |

Request Payment    Donation Button

### Transactions (Newest First)    Filter

f7e0c921e2cb30c16906b05d6153786b3bf6fdc728d27ee00a0246fb6e474f07   (Fee: 0.0002 BTC - Size: 473 bytes) 2013-12-13 08:37:49

1NVD1DuCgXytnHPMshE44VRdjyUUvd2h8T (0.02154538 BTC - Output)
1Bsn1RcQ27tfWp1AX84M9fwQGFfeSAJzNk (11.24315046 BTC - Output)



1D9s56hro1fUaYYnA1TitzZEdUZqBDN4    0.50 BTC
1C7vN1QVkCNf13fA6BUdRsQ8jzGghaKFPo    10.74315046 BTC
1KC5wCKvxQpkSWVjMcRfeV9SREN3cCpJE    0.02154538 BTC

−11.24315046 BTC

7cc12399e32d9056bbd0d6466352fdb61c1395490fb4d3f3de008af3de4db8c3   (Fee: 0.0002 BTC - Size: 471 bytes) 2013-12-13 07:50:52

1F9FHuxhwGhSH7LGwbBvq9CbFpnKQQi7TS (11.24763846 BTC - Output)
17gipbMagMsjXKZtfPuxv2TipwMEg7d4om (0.0227961 BTC - Output)

1Bv1PBNQQoN6tVnTeHFuRyRPm6bQoLCLo2    0.004488 BTC
1Bsn1RcQ27tfWp1AX84M9fwQGFfeSAJzNk    11.24315046 BTC
1AEpGqruFs4rYQcRj425zc4ZbUppnkhkD9    0.0225961 BTC

11.24315046 BTC








Subsequent transfers of bitcoins from address 12vv5fGWJEBat77Mgc9X8RrxTneEpB1CUk occurred on 12/23/2013 and after.