UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- X

BITVESTMENT PARTNERS LLC,

                Plaintiff,

-against-

COINLAB, INC., CLI HOLDINGS, INC., ALYDIAN INC., PETER VESSENES and JOHN DOE,

                Defendants.

----------------------------------- X

13 CV 7632 (RWS)

**STIPULATION OF DISMISSAL**

It is hereby **STIPULATED** and **AGREED** by and among the parties, and through their respective undersigned counsel, that any and all claims asserted by and between plaintiff Bitvestment Partners LLC and defendants Coinlab, Inc., CLI Holdings, Inc., Alydian Inc., and Peter Vessenes in the above-captioned matter be and hereby are **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS** against any party.

Dated: New York, New York
       January 27, 2014

| Reyhani Nemirovsky LLP | Breskin Johnson & Townsend PLLC |
|---|---|
| */s/ Bryan I. Reyhani* | */s/ Roger M. Townsend* |
| By:  Bryan I. Reyhani | By:  Roger M. Townsend |
| 200 Park Avenue, 17th Floor | 1111 Third Avenue, Ste. 2230 |
| New York, New York 10166 | Seattle, Washington 98101 |
| Ph.: (212) 897-4030 | Ph.: (206) 652-8660 |
| Fax: (212) 897-4031 | Fax: (206) 652-8290 |
| bryan@rnlawfirm.com | rtownsend@bjtlegal.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | *Pro Hac Vice* |

SO ORDERED:

1-27-14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/14